IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:25 MJ 2257 JSD |
| **RICKY M. WILSON** | ) ) ) |
| Defendant. | ) |

### MOTION FOR PRE-TRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Matthew A Martin, Assistant United States Attorney for said District, and moves the Court to order Defendant **Ricky Wilson** detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Title 18, United States Code, Section 3142(g) provides factors that the Court must consider in determining whether to order Defendant detained pending trial. These factors include: (a) the nature and circumstances of the offense charged; (b) the weight of the evidence against Defendant; (c) Defendant's criminal history and characteristics; and (d) the danger that would be posed by Defendant's release to any particular individual or the community as a whole.

2. Defendant is charged with distribution of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), and possession of a firearm in furtherance of a

drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1). These offenses create the presumption that no condition or combination of conditions of release will assure Defendant's appearance and the safety to the community. Title 18, United States Code, Section 3142(e)(3).

3. The facts and circumstances of these charges show that Defendant poses a danger to the surrounding community. On August 13, 2025, a Detective with the St. Louis County Police Department's Bureau of Drug Enforcement, acting in an undercover capacity ("the UC"), purchased a quantity of cocaine from Defendant in exchange for $150. After completing the sale, Defendant ingested a quantity of suspected cocaine and encouraged the UC to ingest some as well. As other detectives converged on the UC's vehicle, Defendant produced a firearm from his waistband. Fortunately, the UC was able to grab Defendant's arm to prevent him from pointing the firearm at the UC or the other detectives before they were able to place him under arrest. The detectives seized and identified the firearm as a Smith & Wesson Shield, 9mm semiautomatic pistol that was loaded with multiple rounds of ammunition.

4. Defendant's criminal history demonstrates that he is also flight risk. He has failed to appear on at least one occasion for a criminal child support case that was pending in Hardin County, Kentucky.

WHEREFORE, the Government requests that this Court order Defendant detained prior to trial, and further order a detention hearing three (3) days from the date of Defendant's initial appearance.

        Respectfully submitted,

        THOMAS C. ALBUS
        United States Attorney

        */s/ Matthew A. Martin*
        MATTHEW A. MARTIN #64000MO
        Assistant United States Attorney
        Thomas F. Eagleton Courthouse
        111 South Tenth Street, 20th Floor
        St. Louis, Missouri 63102
        (314) 539-2200